UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rayco DelShaune Traylor,

       Plaintiff,

v.                                                                      Civil No. 15-2816 (JNE/TNL)
                                                                        ORDER

Hennepin County Adult Detention Center,
Laura (nurse), and Sgt. Rumpza,

       Defendants.

In a Report and Recommendation dated May 27, 2016, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that Defendants' Motion to Dismiss be granted, that Plaintiff's Complaint and First Amended Complaint be dismissed, and that Plaintiff's motions for discovery and for counsel be denied as moot. No objection to the Report and Recommendation has been received. The Court accepts the recommended disposition and dismisses the action. Therefore, IT IS ORDERED THAT:

1.     Defendants' Motion to Dismiss [Docket No. 18] is GRANTED.

2.     Plaintiff's motions for discovery and for counsel [Docket Nos. 32 and 34] are DENIED AS MOOT.

3.     This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 1, 2016

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge